FILED
2006 Feb-21  PM 02:26
U.S. DISTRICT COURT
N.D. OF ALABAMA

```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

CHARLES L. WHITSON,            }
                               }
    Plaintiff,                 }
                               }     CIVIL ACTION NO.
v.                             }     06-AR-0259-S
                               }
SANITORS SERVICES, INC.,       }
                               }
    Defendant.                 }
                               }

**MEMORANDUM OPINION AND ORDER**

    The court has before it the motion of defendant, Sanitors Services, Inc. ("Sanitors"), to stay the proceedings and compel plaintiff, Charles L. Whitson ("Whitson"), to submit to arbitration. At the court's motion docket on February 17, 2006, Whitson orally conceded Sanitors' motion to the extent that it seeks to compel arbitration, but maintained that Sanitors should bear all costs of the arbitration, and that the arbitration provision in his employment application controls, in as much as Whitson's signature does not appear in the Employee Handbook.

    Sanitors' motion to the extent that it seeks to compel arbitration is GRANTED. Pursuant to the arbitration provision in Whitson's employment application, Whitson shall submit his claims to "a neutral arbitrator mutually selected by applicant and Employer in accordance with the Rules of the American Arbitration Association." Sanitors shall bear all of the costs of arbitration.

    The action is DISMISSED WITHOUT PREJUDICE to Whitson's right

to submit his claims to arbitration.  The parties shall bear their respective costs in this court.

DONE this 21st day of February, 2006.

```
                                    _____
                                    WILLIAM M. ACKER, JR.
                                    UNITED STATES DISTRICT JUDGE
```